IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT, | No. C 16-513 CW |
| Plaintiff, | ORDER DISMISSING CASES FOR FAILURE TO PROSECUTE |
| v. | |
| THOMAS E. PEREZ, et al., | |
| Defendants. | |

| | |
|---|---|
| FRANKLIN H. WRIGHT, | No. C 16-1371 CW |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF EDUCATION, et al., | |
| Defendants. | |

After dismissing Plaintiff Franklin H. Wright's complaints in both of the above-captioned cases on April 4, 2016, the Court granted him thirty days leave to amend.

Because Plaintiff has not filed an amended complaint or sought an extension of time to do so, these actions are dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: May 6, 2016

CLAUDIA WILKEN
United States District Judge